Anthony Madrigal (SBN 91755)
Law Offices of Anthony Madrigal
51865 Avenida Cortez
La Quinta, CA 92253
(Tel) (760) 342- 7878

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN  DIVISION**

| | |
|---|---|
| Jose C. Corona Campos, | Case No.: EDCV-10-00519 CAS(JEM) |
| Plaintiff, | {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $2,600.00 for fees, and costs of $50.00 as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:  March 3, 2011

*/s/John E. McDermott*
THE HONORABLE JOHN E. MCDERMOT
UNITED STATES MAGISTRATE JUDGE

-1-